United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 7:19-CR-1402 |
| MANUEL SEPULVEDA | § | |

## ORDER

On February 5, 2020, a hearing was held regarding "Defendant's Motion to Reconsider Order of Detention" [*Dkt. No. 25*]. The defendant was represented by his attorney, Carlos Garcia. The United States was represented by Assistant United States Attorney, Patricia Profit. The Court, having heard from all parties, finds that the motion should be and it is hereby **GRANTED.**

IT IS THEREFORE, ORDERED that Manuel Sepulveda is permitted to continue on bond under the same terms and conditions as had been previously imposed by Magistrate Judge Hacker on July 8, 2019[1].

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of February, 2020.

Micaela Alvarez
United States District Judge

---

[1] Dkt.8.